

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00383-CR and 04-26-00384-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-006485
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 29, 2026

DISMISSED

On July 10, 2026, appellant Shelton Ray Davison, represented by counsel, filed motions to dismiss two appeals that we have previously consolidated. Texas Rule of Appellate Procedure 42.2 provides:

> At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court clerk.

Tᴇx. R. Aᴘᴘ. P. 42.2(a). Appellant's motions comply with Rule 42.2(a). Accordingly, we grant the motions and dismiss these appeals. *See id*.

PER CURIAM

DO NOT PUBLISH